UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE ZULUAGA,

  Plaintiff,

-vs-                                        CASE NO.:  6:17-CV-335-ORL-37GJK

OCWEN LOAN SERVICING, LLC,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, George Zuluaga, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System. Justin T. Wong, Esq., Troutman Sanders LLP, 600 Peachtree Street, NE, Suite 5200, Atlanta, GA 30308 (Justin.Wong@troutmansanders.com).

                                                                     */s/Frank H. Kerney, III, Esquire*
                                                                     Frank H. Kerney, III, Esquire
                                                                      Florida Bar #: 88672
                                                                      Morgan & Morgan, Tampa, P.A.
                                                                      One Tampa City Center
                                                                      201 North Franklin Street, 7th Floor
                                                                      Tampa, FL 33602
                                                                      Telephone: (813) 223-5505
                                                                      Facsimile:  (813) 223-5402
                                                                      fkerney@forthepeople.com
                                                                      jkneeland@forthepeople.com
                                                                      Counsel for Plaintiff