## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**GEORGE ZULUAGA,**

       **Plaintiff,**

**v.**                                    **Civil Action No.:  6:17-cv-335-ORL-37-GJK**

**OCWEN LOAN SERVICING, LLC,**

       **Defendant.**
_____/

### NOTICE OF SETTLEMENT AND STIPULATION FOR
### DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, George Zuluaga ("Plaintiff"), and Defendant, Ocwen Loan Servicing, LLC ("Ocwen") (collectively, the "Parties"), by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) and Middle District of Florida Local Rule 3.08, and hereby notice that a confidential settlement has been reached in the above-styled case. Furthermore, the parties stipulate to the voluntary dismissal of this action, and respectfully move that this cause be dismissed with prejudice, each party bearing its own costs and attorney's fees.

### CERTIFICATION UNDER LOCAL RULE 3.01(g)

To the extent the Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he conferred with all parties or

non-parties who may be affected by the relief sought in this motion, and each agrees to the

relief sought herein.

Respectfully submitted,

**OCWEN LOAN SERVICING, LLC**

*/s/ Justin T. Wong*
Justin T. Wong
Florida Bar No. 89477
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia  30308-2216
Phone:          (404) 885-3000
Facsimile:      (404) 885-3900
E-mail:          justin.wong@troutmansanders.com

*Counsel for Defendant*

**GEORGE ZULUAGA**

*/s/Frank H. Kerney, III*
Frank H. Kerney, III, Esq.
Florida Bar No. 88672
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33062
Phone:          (813) 223-5505
Facsimile:      (813) 223-5402
E-mail:          fkerney@forthepeople.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2017, I electronically filed the foregoing via the CM/ECF system for the Middle District of Florida, which sent notice of such filing to the following:

> Justin T. Wong
> TROUTMAN SANDERS LLP
> 600 Peachtree Street, NE, Suite 5200
> Atlanta, Georgia  30308-2216
> Phone:          (404) 885-3000
> Facsimile:     (404) 885-3900
> E-mail:          justin.wong@troutmansanders.com
>
> *Counsel for Defendant*

> */s/ Frank H. Kerney, III, Esquire*
> Frank H. Kerney, III, Esq.
> Florida Bar No. 88672
> MORGAN & MORGAN, TAMPA, P.A.
> One Tampa City Center
> 201 N. Franklin Street, 7th Floor
> Tampa, FL 33062
> Phone:          (813) 223-5505
> Facsimile:     (813) 223-5402
> E-mail:          fkerney@forthepeople.com